UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
MARASCUILLO,                   :
                               :  INDEX NO. 09. Civ. 09090 (WHP)
    Plaintiff,                 :
                               :  (ECF CASE)
    v.                         :
                               :  **STIPULATION OF DISMISSAL**
CASH MONEY RECORDS, et al.     :  **WITH PREJUDICE**
                               :
    Defendants.                :
                               :
------------------------------ x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for, Plaintiff Thomas Marasciullo, on the one hand, and Defendants Cash Money Records, Inc., Bryan Williams pka Birdman, UMG Recordings, Inc. (including its divisions Universal Records and Universal Motown Republic Records Group, (erroneously named as Universal Motown Republic Group, Inc., a division of Universal Music Group, Inc.), Universal Music Group Distribution Corp. (erroneously named as "Universal Music Distribution Services, Inc., Apple Inc. (formerly known as Apple Computer, Inc.), RealNetworks, Inc. and Yahoo! Inc., on the other hand, that the claims asserted by Plaintiffs in the above captioned matter against all named defendants, including Dwayne Carter pka Lil Wayne, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), and without costs or attorneys fees to any party.

Dated: April 29, 2010
New York, New York

_____
CYNTHIA S. ARATO (CA 8350)

MACHT, SHAPIRO, ARATO & ISSERLES LLP
The Grace Building
1114 Avenue of the Americas
45th Floor
New York, New York 10036
Telephone: 212-479-6724
Facsimile: 212-202-6417

*Attorneys for Defendants Cash Money Records, Inc., Bryan Williams pka Birdman, UMG Recordings, Inc. (including its divisions Universal Records and Universal Motown Republic Records Group, (erroneously named as Universal Motown Republic Group, Inc., a division of Universal Music Group, Inc.), Universal Music Group Distribution Corp. (erroneously named as "Universal Music Distribution Services, Inc., Apple Inc. (formerly known as Apple Computer, Inc.), and RealNetworks, Inc.*

_____
THOMAS P. LANE (TL 3858)

8913

WINSTON & STRAWN, LLP
200 Park Avenue
New York, NY 10166-4500
Telephone: 212-294-6869
Facsimile: 212-294-4700

*Attorneys for Defendant Yahoo! Inc.*

_____
SACHA ANN-MARIE COMRIE (SC 3858)

LAW OFFICES OF COMRIE & ASSOCIATES, PLLC
115 Pacific Street – Ground Floor
Brooklyn, NY 11201
Telephone: 718-855-0055
Facsimile: 866-802-1626
*Attorneys for Plaintiff*